June 25, 2010

Mr. Douglas W. Alexander
Alexander Dubose & Townsend LLP
515 Congress Avenue, Suite 2350
Austin, TX 78701-3562
Mr. John Thomas Wilson IV
Kelly Hart & Hallman, P.C.
201 Main Street, Suite 2500
Fort Worth, TX 76102

RE: Case Number: 08-0074
 Court of Appeals Number: 03-05-00034-CV
 Trial Court Number: 8027

Style: THOMAS O. BENNETT, JR., AND JAMES B. BONHAM CORPORATION
 v.
 RANDY REYNOLDS

Dear Counsel:

 Today the Supreme Court of Texas issued opinions in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. |
| |Kyle |
| |Ms. Kim Wells |
| |Mr. Paul M. |
| |Terrill III |